UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSARIO CANO<br>　　　　Plaintiff,<br><br>　　　v.<br><br>KEYSTONE FOOD PRODUCTS, INC.<br>　　　　Defendant. | :<br>:<br>:<br>:　No. 5:21-cv-01527<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 4th day of August, 2021, upon consideration of Plaintiff's Amended Complaint filed June 24, 2021, ECF No. 8, and of Defendant Keystone Food Products Inc.'s failure to timely respond to the Amended Complaint, **IT IS ORDERED THAT:**

1. **On or before August 11, 2021**, Defendant **SHALL** file an answer to Plaintiff's Amended Complaint or **show cause** why default should not be entered.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　United States District Judge