LAW OFFICES

# HAHALIS & KOUNOUPIS, P.C.

A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| GEORGE A. HAHALIS<br>(1965-1995)<br>GEORGE S. KOUNOUPIS^<br>NANCY S. SKALANGYA<br>DAVID L. DERATZIAN^ | 20 EAST BROAD STREET<br>BETHLEHEM, PENNSYLVANIA 18018<br>TELEPHONE: (610) 865-2608<br>OUTSIDE PENNSYLVANIA: (800) 865-2608<br>TELEFAX: (610) 691-8418<br>EMAIL ADDRESS: Hklaw@Ptd.Net Www.EmploymentLaw-Lv.Com | EASTON OFFICE<br>731 LEHIGH STREET<br>EASTON, PA 18042<br><br>NEW JERSEY OFFICE<br>1015 NEW DURHAM ROAD<br>EDISON, NEW JERSEY 08817<br><br>PLEASE REPLY TO BETHLEHEM |

STEVEN D. CAHN †
OF COUNSEL

^ALSO MEMBER NJ BAR
†ALSO MEMBER NY BAR
† MEMBER NJ BAR ONLY

DAVID L. DERATZIAN
David@EmploymentLaw-LV.com

August 4, 2021

Honorable Joseph F. Leeson
United States District Judge
VIA ECF Filing and E-mail

   Re: Cano v. Keystone Food Products Inc.
      5:21-cv-01527-JFL

Dear Judge Leeson:

  I am happy to report that the above matter has been settled between the parties. Please issue an Order of Dismissal pursuant to Local Rule 41.1(b) at the earliest opportunity consistent with the other business of the Court.

Respectfully,

David L. Deratzian

cc. VIA ECF Filing and E-mail
   Mark Gulbranson, Esq.
   Jacqueline Gallagher, Esq.
   George S. Kounoupis, Esq.