UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSARIO CANO, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | 5:21-cv-1527 |
| | : | |
| KEYSTONE FOOD PRODUCTS, INC., | : | |
|     Defendant. | : | |

## **O R D E R**

**AND NOW**, this **4th day of August, 2021,** it having been reported that the parties have settled the above-captioned action, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel, without costs.  Pursuant to Rule 41.1(b), the Court will retain jurisdiction for ninety (90) days from the above date, for the purpose of enforcing the agreement.

                                                KATE BARKMAN, Clerk of Court

                                                By: /s/ Diane J. Abeles
                                                     Diane J. Abeles, Civil Deputy Clerk
                                                     The Honorable Joseph F. Leeson, Jr.
                                                     Diane_J_Abeles@paed.uscourts.gov